UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK



NACHMAN WEINBERGER, individually and on behalf of all others similarly situated,

                        Plaintiff,

-vs-                     Case No. 18-cv-02780

WELTMAN, WEINBERG & REIS CO., L.P.A.

                        Defendant.

## STIPULATION OF DISCONTINUANCE

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, the attorneys of record for Plaintiff and Defendant in the above-entitled action, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and no person not a party has an interest in the subject matter of the action, the above-entitled action be, and the same hereby is discontinued on the merits and with prejudice, without costs to either party as against the other. This stipulation may be filed without further notice with the Clerk of the Court.

DATED:                                                    DATED:

/s/: David Palace                         /s/: Glenn M. Fjermedal
David Palace, Esq.                       Glenn M. Fjermedal, Esq.
Law Office of David Palace            Davidson Fink LLP
383 Kingston Avenue, #113           28 East Main Street, Suite 1700
Brooklyn, NY 11213                  Rochester, NY 14614
Attorney for Plaintiff                      Attorney for Defendant

*So Ordered*

s/Carol Bagley Amon

10/22/18